ACCEPTED
12-15-00260-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/8/2015 5:09:58 PM
Pam Estes
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/8/2015 5:09:58 PM
PAM ESTES
Clerk

1007 Grant Ave.• Lufkin, Texas 75901
(936) 632-1609 telephone • (936) 632-1640 facsimile
tessabellus@yahoo.com

December 8, 2015

**Legal Correspondence**
German Valdez, Inmate
Angelina County Jail
Post Office Box 114
Lufkin, TX 75902

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7014 0150 0001 1143 6541

Re:     State of Texas v. German Valdez; Man Del CS

Dear Mr. Valdez:

Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas dismissing your appeal.

Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with the Texas Court of Criminal Appeals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

The decision of the 12th Court of Appeals will become final 30 days from the date of the opinion if you do not file a Motion for Rehearing or a PDR as described previously. Again, I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John D. Reeves
JDR/jsn
enc

cc: Cathy S. Lusk, Clerk
Twelfth Court of Appeals
Tyler, Texas
Via electronic filing

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

German Valdez, Inmate
Angelina County Jail
Post Office Box 114
Lufkin, TX 75902

B. Received by ( Printed Name) | C. Date of Delivery

X | ☐ Agent / ☐ Addressee

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
7014 0150 0001 1143 6541

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

John D. Reeves
Attorney at Law
1007 Grant Avenue
Lufkin, Texas 75901

**Legal Correspondence**
German Valdez, Inmate
Angelina County Jail
Post Office Box 114
Lufkin, TX 75902

7014 0150 0001 1143 6541

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

LUFKIN, TX 75902

Postage | $3.45

Certified Fee | $2.80

Return Receipt Fee
(Endorsement Required) | $0.00

Restricted Delivery Fee
(Endorsement Required) | $0.00

Total Postage & Fees | $6.74 | $0.00

Postmark Here
6402 01 2015
LUFKIN TX
12/08/2015

Sent To
German Valdez, Inmate, Angelina County Jail

Street, Apt. No.;
or PO Box No. PO Box 114

City, State, ZIP+4 Lufkin TX 75902

PS Form 3800, August 2006 — See Reverse for Instructions